IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| LEOCADIO HERNANDEZ AND LETICIA | § | |
| DARIELA GARCIA, INDIVIDUALLY, AND | § | |
| AS NEXT FRIENDS FOR L.S.H., A MINOR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00066 |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| FORT DUNCAN MEDICAL CENTER, L.P. | § | |
| D/B/A FORT DUNCAN REGIONAL | § | |
| MEDICAL CENTER | § | |

**DEFENDANT FORT DUNCAN MEDICAL CENTER, L.P. D/B/A FORT DUNCAN REGIONAL
MEDICAL CENTER'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY**

COMES NOW, FORT DUNCAN MEDICAL CENTER, L.P. d/b/a FORT DUNCAN REGIONAL

MEDICAL CENTER, Defendant and makes and files their Disclosure of Expert Testimony

pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and agreement of the parties.

Respectfully submitted,

GONZALEZ CASTILLO, LLP

By: _____
        Steven Gonzalez
        SBN:  08131900
        FED. ID NO: 3321
        Edward J. Castillo
        SBN: 240406580
        FED. ID NO: 38007

1317 E. Quebec Avenue
McAllen, Texas  78503
(956) 618-0115
FAX:  (956) 618-0445
EMAIL: law@valleyfirm.com

ATTORNEYS FOR DEFENDANT,
FORT DUNCAN MEDICAL CENTER, L.P. D/B/A FORT
DUNCAN REGIONAL MEDICAL CENTERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to attorney for all counsel of record via certified mail, return receipt requested, on this 20th day of March, 2017.

_____
Edward J. Castillo

F:\data\WPDOCS\G\Garcia, L. - Hernandez, L. v. FDMC 66.003\designation of experts 030717.lc.wpd

- 2 -

**DEFENDANT FORT DUNCAN MEDICAL CENTER, L.P. D/B/A FORT DUNCAN REGIONAL MEDICAL CENTERS'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY**

(a)    In addition to the disclosures required by paragraph (1) a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703 and 705 of the Federal Rules of Evidence.

(b)    Except as otherwise stipulated or directed by the Court, this disclosure shall, with respect to a witness who was retained or specifically employed to provide expert testimony in a case or whose duty as an employee of the party regularly involve giving expert testimony be accompanied by written report and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons they are for: the data or the information considered by the witness informing the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the proceeding ten (10) years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by his deposition within the proceeding four (4) years.

This Defendant designates the following expert witnesses who are being formally retained, because of their special expertise, knowledge and training. It is anticipated that they will testify as to all matters related to this case which are within their knowledge, training, expertise and/or experience. It is further anticipated that the trial testimony they will give will pertain to the appropriate medical standards of care and any alleged breach thereof, as well as any and all issues pertaining to negligence, causation, including proximate cause, and issues related to the injuries and damages allegedly suffered by the Plaintiffs.

Further, in their testimony, they may utilize aids such as photographs, radiology/imaging studies, charts, models, computer animation, and the like, medical and/or hospital records, reports, and other evidence, as well as all appropriate medical, nursing and/or scientific books, literature and standards.

(1)    Susan C. Spencer, M.S.N., R.N.
       1018 Prince George Street
       Columbus, MS 39701

       Susan C. Spencer, R.N., is a labor and delivery nurse. Nurse Spencer's practice includes the care and treatment of patients such as Leticia Garcia. For more detail of her qualifications and experience, which is attached as Exhibit "A," bates labeled, "Documents 00070-00071." The subject matter of Nurse

- 3 -

Spencer's testimony includes the standard of care for the treatment of patients such as Leticia Garcia and whether the nurses at Fort Duncan Regional Medical Center met the applicable standards of care in their care and treatment of her. Nurse Spencer will also testify as to all aspects of the care and treatment Leticia Garcia received during the time she was a patient at Fort Duncan Regional Medical Center, including care provided by other healthcare providers subsequent to and/or prior to her delivery of infant L.S.H. She may also address any and all issued expressed by the Plaintiffs' in these subject areas, and in all subject areas raised by Plaintiffs' experts, including but not limited to, liability and standards of care.

Susan C. Spencer, R.N. will testify as to the standards of care for labor and delivery nurses under the same or similar circumstances and Defendants' compliance. She will testify that the management of Leticia Garcia's labor and delivery, and shoulder dystocia management, was reasonable and appropriate, and that the hospital and its' nurses were not negligent and at all times complied with the standard of care. She may also testify on liability, causation, damages and/or other related issues alleged by the Plaintiffs in this case. She may also testify regarding any opinions offered by the Plaintiffs expert witnesses' allegations of negligence in this case. For a more detailed evaluation of her impressions and opinions, please see her expert report which is attached as Exhibit "B," bates labeled, "Documents 00072-00112." She will base her opinions on the facts acquired from her review of the documents outlined in her expert report, literature and/or her expert report, which are available to all counsel, and which are incorporated as if fully set forth herein. Her opinions will also be based on any medical literature produced in this case, as well as her knowledge, training, education and experience.

Please see Susan C. Spencer, R.N.'s compensation rate, which is attached as Exhibit "C," bates labeled, "Documents 00113."

Nurse Spencer does not have any testimonial history for the preceding four (4) years.

(2)   Charles Baldwin, M.D.
      502 Madison Oak Drive, Suite 330
      San Antonio, Texas 78258
      (210) 481-3006 Office

Charles Baldwin, M.D. is board certified in both general surgery and pediatric surgery.  He is trained in pediatric surgery and is familiar with the standards of diagnosing and treating diaphragmatic plication. He is also familiar with birth injuries and the care and treatment provided to birth injuries such as those suffered by L.S.H. Please see Dr. Baldwin's curriculum vitae, including publications, which is attached as Exhibit "D," bates labeled, "Documents 00114-00115."

The subject matter of Dr. Baldwin's testimony includes any and all aspects regarding the care and treatment provided to L.S.H. at Fort Duncan Regional Medical Center at the time and subsequent to her birth. He may testify as to any and all issues surrounding the cause of L.S.H. claimed injuries and/or phrenic nerve injury. The subject matter of Dr. Baldwin's testimony may include the standard of care for the diagnosis and treatment of birth injuries, and whether the labor and delivery nurses and staff at Fort Duncan Regional Medical Center met the applicable standards of care, and whether the nursing care of Leticia Garcia and/or L.S.H. caused and/or contributed to L.S.H.'s claimed injuries. He will also testify as to all aspects of care and treatment Leticia Garcia and/or L.S.H. received during the time she was a patient at Fort Duncan Regional Medical Center, including care provided by the nurses at Fort Duncan Regional Medical Center.  He may also address any and all care L.S.H. received by subsequent facilities and physicians after her discharge from Fort Duncan Regional Medical Center. He will testify as to all issues regarding liability, standards of care, and causation. He will also address any and all issues raised, and opinions expressed, by the Plaintiffs in these subject areas and in all subject areas raised by Plaintiffs' experts, including but not limited to standards of care, damages, causation, timing of L.S.H., and future mental and/or physical damages.

For a more detailed evaluation of his impressions and opinions, please see his expert report which is attached as Exhibit "E," bates labeled, "Documents 00116-00146."  He will base his opinions on the facts acquired from his review of the documents outlined in his expert report, literature, and/or his expert report which are available to all counsel, and which are incorporated as if fully set forth herein. His opinions will also be based on any medical literature produced in this case, as well as his knowledge, training, education and experience.

- 5 -

Please see Dr. Baldwin's compensation rate, which is attached as Exhibit "F," bates labeled, "Documents 00147."

Dr. Baldwin does not have any testimonial history for the preceding four (4) years.

(4)     George Mallory, M.D.
        Pulmonary Medicine Section
        Texas Children's Hospital
        6701 Fannin Street, Suite 1040
        Houston, TX 77030

        George Mallory, M.D. is a board certified pediatric pulmonologist.   He is trained in pediatric pulmonology and is familiar with the standards of care for the treatment, diagnosis and management, pediatric patients, including patients requiring treatment of respiratory issues.  He is also familiar with birth injuries and the care and treatment provided to birth injuries such as suffered by L.S.H. For more detail of his qualifications and experience, please refer to his curriculum vitae, which is attached as Exhibit "G," bates labeled, "Documents 00148-00177." The subject matter of his testimony may include L.S.H. medical history, conditions, alleged injuries, prognosis, progress, impairments, disabilities, present and future medical and life care needs, medical bills and issues surrounding liability, causation, and damages claimed by the Plaintiffs.

        George Mallory, M.D.'s testimony may include all issues surrounding Plaintiffs' claimed damages, disabilities, future independence, and future life style, as they relate L.S.H.  He may testify as to any and all issues surrounding the cause of L.S.H. claimed injuries and/or phrenic nerve injury. The subject matter of Dr. Mallory's testimony may include the standard of care for the diagnosis and treatment of birth injuries, and whether the labor and delivery nurses and staff at Fort Duncan Regional Medical Center met the applicable standards of care, and whether the nursing care of Leticia Garcia and/or L.S.H. caused and/or contributed to L.S.H.'s claimed injuries.  He may also address all issues raised by the expert witnesses designated by Plaintiffs, including but not limited to, damages alleged by the Plaintiffs and the nature of the Plaintiff's injuries, standards of care for treatment of patients such as L.S.H., Defendant's compliance therewith, lack of causation for any damages alleged by the Plaintiffs, and the nature of the Plaintiffs' injuries.

For a more detailed evaluation of his impressions and opinions, please see Dr. Mallory's expert report which is attached as Exhibit "H," bates labeled, "Documents 00178-00230." He will base his opinions on the facts acquired from his review of the documents outlined in his expert report, literature, and/or his expert report which are available to all counsel, and which are incorporated as if fully set forth herein. His opinions will also be based on any medical literature produced in this case, as well as his knowledge, training, education and experience.

Please see Dr. Mallory's compensation rate, which is $500 per hour.

Dr. Mallory does not have any testimonial history for the preceding four (4) years.

(5)   Valerie Purcell, R.N., MBA, CLCP
       LifeCare Collaborative
       13510 Westport Lane
       Houston, Texas 77079

Valerie Purcell is a life care planner. For details regarding her qualifications, please see her curriculum vitae, which is attached as Exhibit "I" bates labeled, "Documents 00231-00239." The subject matter of her testimony may include L.S.H.'s medical history, conditions, alleged injuries, prognosis, progress, impairments, disabilities, present and future medical and life care needs, medical bills and issues surrounding causation and damages claimed by the Plaintiffs. The subject matter of her testimony may include all issues surrounding the Plaintiffs' claimed damages, disabilities, future independence, and future life style, as they relate to L.S.H. She may also address all issues raised by the expert witnesses designated by Plaintiffs, including but not limited to, damages alleged by the Plaintiffs and the nature of the Plaintiff's injuries. She may also address the cost of reasonable future care, rehabilitation, and/or therapy, if any, for L.S.H.

The general substance of Ms. Purcell's mental impressions and opinions include an evaluation of L.S.H.'s probable life care needs associated present day costs, as well as an evaluation of the opinions expressed by the Plaintiffs' experts. For more detail of her evaluation and impressions, please see her expert report, which is attached as Exhibit "J" bates labeled, "Documents 00240-00246." Ms. Purcell can be made available for deposition wherein either side can ascertain her mental impressions and/or opinions. Ms. Purcell's mental impressions and opinions are based on her education, training, and experience, as well as on the facts acquired from her review of the documents outlined in her report.

Please see Valerie Purcell. R.N.'s compensation rate, which is attached as Exhibit "K," bates labeled, "Documents 00247-00249."

Please see Dr. Raine's testimonial history, which is attached as Exhibit "L," bates labeled, "Documents 00250."

(6)     Susan P. Raine, M.D., J.D.
        6651 Main Street, Suite F1096
        Houston, Texas 77030

Susan P. Raine, M.D. is board certified in obstetrics/gynecology. Dr. Raine's practice includes the diagnosis, care and treatment of patients such as Leticia Garcia. For more detail of her qualifications and experience, please refer to her curriculum vitae, which is attached as Exhibit "M," bates labeled, "Documents 00251-00263." The subject matter of her testimony may include all issues surrounding the Plaintiffs' allegations against this Defendant, all issues raised by the expert witnesses designated by the Plaintiffs, including but not limited to the standards of care for treatment of patients such as Leticia Garcia, Defendant's compliance therewith, lack of causation for any damages alleged by the Plaintiffs, and the nature of the Plaintiffs' injuries.

Dr. Raine may testify as to the standards of care for an Ob/Gyn physician and Labor and Delivery Nurses under the same or similar circumstances and the compliance of these Defendants. She may testify that the management of Mrs. Garcia's labor and delivery, and shoulder dystocia management, was reasonable and appropriate, and that the hospital and its' nurses were not negligent. She may also testify that Leticia Garcia was contributorily negligent in failing to push effectively. She may also testify on liability, causation, damages and/or other related issues alleged by the Plaintiffs in this case. Additionally, she may testify as to L.S.H.'s physical condition, prognosis, diagnosis, etiology, as well as the care provided and the medical expenses associated therewith. Dr. Raine may also testify regarding any opinions offered by the Plaintiffs' expert witnesses' allegations of negligence in this case.

For a more detailed evaluation of her impressions and opinions, please see Dr. Raine's expert report which is attached as Exhibit "N," bates labeled, "Documents 00264-00270." She will base her opinions on the facts acquired from her review of the documents outlined in her report, literature and/or her expert report which are available to all counsel, and which are incorporated as if fully set forth herein. Her opinions will also be based on any medical literature

- 8 -

produced in this case, as well as her knowledge, training, education and experience.

Please see Dr. Raine's compensation rate, which is attached as Exhibit "O," bates labeled, "Documents 00271."

Please see Dr. Raine's testimonial history, which is attached as Exhibit "P," bates labeled, "Documents 00272-00273."

(7)     Helen Reynolds, Ph.D.
        3626 North Hall Street, Suite 750
        Dallas, Texas 75219

        Dr. Reynolds is an economist. For more detail of her qualifications and experience, please refer to her curriculum vitae, which is attached as Exhibit "Q," bates labeled, "Documents 00274." The subject matter of her testimony may include all issues surrounding the Plaintiffs claimed damages, including but not limited to, the present value and future damages and economic analysis of Plaintiffs claimed damages. She will also discuss issues raised by Plaintiffs' expert in this subject area. The facts known to her include her education, training, and experience as well as her review of documents outlined in her report and/or her expert report, which are available to all counsel and which are incorporated as if fully set forth herein.

        Generally, her opinions and mental impressions of any future damages are subject to economic analysis which can be applied once a specific future damage allegation in dollars and cents are specified, if any. For a more detailed evaluation of her impressions and opinions, please see her expert report which is attached as Exhibit "R," bates labeled, "Documents 00275-00279."

Please see Dr. Reynolds compensation rate, which is attached as Exhibit "S," bates labeled, "Documents 00280-00281."

Please see Dr. Reynolds' testimonial history which is attached as Exhibit "T," bates labeled, "Documents 00282-00286."

(3)     Robert Gherman, M.D.
        21636 Ripplemead Drive
        Laytonsville, MD 20882

- 9 -

Dr. Gherman is board certified in both obstetrics and maternal fetal medicine. Dr. Gherman's practice includes the diagnosis, care and treatment of patients such as Leticia Garcia. For more detail of his qualifications and experience, please refer to his curriculum vitae, which is attached as Exhibit "U," bates labeled, "Documents 00287-00298." The subject matter of his testimony may include all issues surrounding the Plaintiffs' allegations against this Defendant, all issues raised by the expert witnesses designated by the Plaintiffs, including but not limited to the standards of care for treatment of patients such as Leticia Garcia, Defendant's compliance therewith, lack of causation for any damages alleged by the Plaintiffs, and the nature of the Plaintiffs' injuries. Dr. Gherman will testify on all issues related to the nursing standard of care and obstetrical standard of care applicable to the care and treatment of Leticia Garcia.

Dr. Gherman will testify as to the standards of care for an obstetrics physician and labor and delivery nurses under the same or similar circumstances and the compliance of these Defendants. He may testify that the management of Mrs. Garcia's labor and delivery, and shoulder dystocia management, was reasonable and appropriate, and that the hospital and its' nurses were not negligent and at all times complied with the standard of care. He may also testify as to all aspects of care and treatment of L.S.H. received during the time she was a patient at Fort Duncan Regional Medical Center, including care provided by the nurses at Fort Duncan Regional Medical Center. He will also address any and all care L.S.H. received by subsequent facilities and physicians after her discharge from Fort Duncan Regional Medical Center. He may also testify on liability, causation, damages and/or other related issues alleged by the Plaintiffs in this case. Additionally, he may testify as to L.S.H.'s physical condition, prognosis, diagnosis, etiology, as well as the care provided and the medical expenses associated therewith. Dr. Gherman may also testify regarding any opinions offered by the Plaintiffs' expert witnesses' allegations of negligence in this case.

For a more detailed evaluation of his impressions and opinions, please see Dr. Gherman's expert report, which will be supplemented. He will base his opinions on the facts acquired from his review of the documents outlined in his expert report, literature, and/or his expert report which are available to all counsel, and which are incorporated as if fully set forth herein. His opinions will also be based on any medical literature produced in this case, as well as his knowledge, training, education and experience.

Please see Dr. Gherman's compensation rate, which will be supplemented.

Please see Dr. Gherman's testimonial history, which will be supplemented.

- 10 -

Defendant reserves the right to call upon direct/cross and/or rebuttal examination any and all retained or designated experts identified by Co-Defendant in this cause and hereby for purposes of this designation under the Rules of Federal Procedure, incorporate by reference herein, Co-Defendant's designation of experts.

Defendant, also reserves the right to call for direct or cross-examination or rebuttal testimony any one or more persons named by the Plaintiffs as expert witnesses in this case. In this regard, while Defendants do not wish to be misunderstood as having designated those individuals as Defendant's expert's, and does not necessarily agree with the opinions of those experts, if any, Defendants reserve the right to elicit opinions and mental impressions from those witnesses and for that limited purpose list them in this designation.

Alex Willingham
South Texas PM&R Group
San Antonio, Texas 78229

Eric Trumble, M.D.,
615 E. Princeton St., Suite 540
Orlando, FL 32803

Michelle T. Wegner, R.N.C.
3319 Book Tree Co.
San Antonio, Texas 78261

James P. Rice, M.D.
Multicare Women's Center
Address unknown
Phone unknown

James Tappan, M.D.
20 W. Third Avenue, The Towers - Suite 602
San Mateo, CA 94402-7115

Robert Castro, M.D.
450 E. Romie Lane
Salinas, CA 93901

Kenneth McCoin, Ph.D.
7670 Woodway, Suite 171
Houston, Texas 77063

Furthermore, Defendant would cross-designate any and all experts that will be named or potentially will be named by Co-Defendant in this cause of action. Defendant reserves the right to call and/or elicit opinions and mental impressions regarding the medical condition, injuries, impairments, medical expenses, care and treatment, and all issues surrounding causation and damages claimed by the Plaintiffs. Defendant will also list them in any supplemental responses to Plaintiffs' Expert Witness Designation.

The following healthcare providers may have certain opinions regarding the medical conditions, injuries, impairments, medical expenses, and care and treatment provided by Defendant, Fort Duncan Regional Medical Center, and other medical personnel to Plaintiff Leticia Garcia and L.S.H. These individuals have not been specifically retained and/or hired as expert witnesses by Defendant. However, Defendant anticipates calling these persons to offer expert testimony as treating healthcare providers. The subject matter of the following healthcare providers may testify as to Plaintiff Leticia Garcia and L.S.H. medical history and condition, alleged injuries, prognosis, impairment, disability, if any, care and treatment, medical bills, and all issues surrounding causation and damages claimed by the Plaintiffs.

They may also address issues raised and opinions expressed by the Plaintiff in the above-listed subject areas. Furthermore, they may testify regarding the appropriate medical standards of care relating to the care and treatment of Leticia Garcia and L.S.H. They base their opinions, mental impressions, and conclusions upon their knowledge, training, education, and experience, as well as their review of the referenced materials. The names listed below have come from the medical records pertaining to Leticia Garcia and L.S.H. Their notes, opinions, findings, and reports may be contained in such records and/or in their oral/written deposition testimony. For more detail of their opinions or mental impressions, their depositions may be taken.

> Leocadio Hernandez
> c/o LAW OFFICE OF RYAN KREBS, M.D., J.D.
> 805 W. 10th Street, Suite 300
> Austin, Texas 78701
> and
> MALONEY LAW GROUP, PLLC
> 918 South Alamo
> San Antonio, Texas 78205
> and
> RICHARD F. GUTIERREZ
> 113 E. Losoya St.
> Del Rio, Texas 78840
> Father of LSH

- 12 -

Maria Hernandez
c/o LAW OFFICE OF RYAN KREBS, M.D., J.D.
805 W. 10th Street, Suite 300
Austin, Texas 78701
and
MALONEY LAW GROUP, PLLC
918 South Alamo
San Antonio, Texas 78205
and
RICHARD F. GUTIERREZ
113 E. Losoya St.
Del Rio, Texas 78840
Grandmother of LSH

**Medical records pertaining to Leticia Dariela Garcia Aguilar:**

Any and all physicians, agents, servants, representatives, nurses, and/or
employees and the Custodian of Records of:
Fort Duncan Regional Medical Center
3333 North Foster Maldonado Boulevard
Eagle Pass, Texas 78852
(830) 773-5321
Defendant

This list includes, but is not limited to, the following individuals:

*Admission 8/29/13*
Romanus O. Nwanna, M.D.
Adriana Aranda, R.N.
Stacy Young, R.N.
Yolanda Stewart, R.N.
Merlina Lazaga, R.N.
Patti Gonzalez
Carlos Hernandez
Jennifer Leyva
Tatiana Vela
Sara Rodriguez
Carmen Elsa Galvan
Tri Nguyen, Pharm.
Nnenna Nwaobia, Pharm.
Juan Martinez, Pharm.

- 13 -

Sylvia Amezcua, R.N.
Jessica Armenta, R.N.
Susan Martir, R.N.

Any and all physicians, agents, servants, representatives, nurses, and/or
employees and the Custodian of Records of:
Romanus O. Nwanna, M.D.
United Medical Center
2525 Veterans Boulevard
P.O. Box 1470
Eagle Pass, Texas 78852
(830) 773-5358

Any and all physicians, agents, servants, representatives, nurses, and/or
employees and the Custodian of Records of:
United Medical Centers
2525 North Veterans Boulevard
Eagle Pass, Texas 78852
(830) 773-5358

This list includes, but is not limited to, the following individuals:
Olga Negrete, C.O.R.
Romanus O. Nwanna, M.D.
George Kypuros
Juan Saucedo, D.O.
D. Fuentes
Iveth M. De Los Santos, C.M.A.
Graciela Rodriguez, L.V.N.
Linda Gonzalez
Marina De Leon
Brenda Franco, L.V.N.
Anita Maldonado

- 14 -

<u>Leah Saicha Hernandez</u>

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Fort Duncan Regional Medical Center
3333 North Foster Maldonado Boulevard
Eagle Pass, Texas 78852
(830) 773-5321
Defendant

This list includes, but is not limited to, the following individuals:

<u>*Admission 8/22/15*</u>
Patrick J. Schaner, F.D.R.
Gaston I. Zylberg, M.D.
Alberto Cavazos
Myrna Mitchell, R.N.
Kerry L. Locket, F.D.R.
Veronica Diaz, R.N.
Silvia Rodriguez

<u>*Admission 7/11/15*</u>
Patrick J. Schaner, M.D.
Gaston I. Zylberg, M.D.
Alberto Cavazos
Myrna Mitchell, R.N.
Mirtha Martinez, R.N.
Kerry L. Locket, F.D.R.
Jamalyn Nebreja, R.N.
Maria E. Mallen
Rosalinda Trevino
Sandra Roy
Saturnino Tobias

<u>*Admission 6/24/15*</u>
Pablo Lorenzo, M.D.
Mirtha Martinez, R.N.
Adrian Salinas
Rosalinda Trevino
Alberto Cavazos
Myrna Mitchell, R.N.

*Admission 2/20/15*
Gaston I. Zylberg, M.D.
Robert C. Fountila, M.D.
Norma Villarreal
Nancy J. Sanchez Mammo, Tech.
Cristina Cardona
Saturnino Tobias
Mirtha Martinez, R.N.
Myrna Mitchell, R.N.

*Admission 2/18/15*
Curtis D. Maynard, M.D.
Mirtha Martinez, R.N.
Salmah Thomas, R.N.
Myrna Mitchell, R.N.
Gaston I. Zylberg
Sylvia Rodriguez
Oscar Cano, M.D.
Ricardo Ibarra
Chrystelle Gutierrez, M.T.
Tatiana Vela
Veronica Diaz, R.N.
Ramon Rodriguez

*Admission 1/12/15*
Kerry L. Lockett, F.D.R.
Gaston I. Zylberg, M.D.
Jeffrey Pannell
Myrna Mitchell, R.N.
Saturnio Tobias
Maria E. Mallen
Ramona Hurtado
Ramon Rodriguez
Frank W. Sabatelli, M.D.
Proce Martinez
Hugo Ramos, R.R.T.
Mirtha Martinez, R.N.

*Admission 11/1/14*
Charles Valadez, M.D.
Mirtha Martinez, R.N.
Myrna Mitchell, R.N.
Samira Jama, R.N.
Maria G. Rodriguez
Gaston I. Zylberg, M.D.
Theodore B. Gupton, M.D.
Rosalinda Trevino
Amanda Escobedo
Yolanda Amezcua
Enrique Iturbe, M.T.
Ramon Rodriguez
Jose De J. Rodriguez
Proce Martinez
Mary McCloskey
Munawar Shah
Saturnino Tobias

*Admission 9/16/14*
Michael Schultz, M.D.
Maria G. Rodriguez
Alberto Cavazos
Gaston I. Zylberg, M.D.
Veronica Diaz, R.N.
Myrna Mitchell, R.N.
Ramona Hurtado
Tatiana Vela
Jose De J Rodriguez
Jeffrey Pannell
Mirtha Martinez, R.N.

*Admission 2/25/14*
Gaston I. Zylberg, M.D.
Brenda Hnatow-Paris, M.D.
Venorica Cruz
Ashley Sifuentes
Mirtha Martinez, R.N.
Saturnino Tobias
Pablo Lorenzo, M.D.
Lisa Warren, R.N.

- 17 -

Andrea Alvarado
Rosario Carranco, R.N.
Rosalinda Trevino
Ruben Eugene Morales, R.R.T.
Amanda Escobedo
Alejandra Barreto
Carmen Elsa Galvan
Marissa Lopez, R.N.
Noemi Sanchez
Clarissa Hurtado
Ramon Rodriguez
Alberto Cavazos

*Admission 12/19/13*
James Gregory Vretis, D.O.
Claudia Tompkins, R.N.
Ely Cabais
Rosa Daniel, R.N.
Michelle Caston
Maricela Ardila
Mayra L. Cruz
Leopoldo Cobos
Brenda Hnatow-Paris, M.D.
Nancy J. Sanchez, M.T.
Alberto Cavazos
Myrna Mitchell, R.N.
Claudia Tompkins, R.N.

*Admission 8/30/13*
Gaston I. Zylberg, M.D.
Mirtha Martinez, R.N.
Lucy Jimenez, R.N.
A. Horerra, M.D.
Patti Gonzalez
Abraham Rafie, M.D.
Jose B. Garcia
Maria Elena Luna, L.V.N.
Felipe Sanchez, R.R.T.
Carmen Elsa Galvan
Yolanda Amezcua
Myrna Mitchell, R.N.

Myrta Lombrana, R.N.
Sylvia Amezcua, R.N.
Marlina Lazaga, R.N.
Yolanda Stewart
Romanus O. Nwanna, M.D.

Any and all agents, servants, representatives, and/or employees and the Custodian of Records of:
Accion DME
950 Dr. Ak Mittal Drive
Eagle Pass, Texas 78852
(830) 758-0006

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
William D. Biediger, M.D.
Robert B. Green Campus
903 West Martin Street
San Antonio, Texas 78207
(210) 358-6437

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Blakey Medical
404 East Hillside Road
Laredo, Texas 78041
(956) 728-7669

Any and all agents, servants, representatives, and/or employees and the Custodian of Records of:
Camino Real Community Services-ECI
1007 Veterans Avenue
Crystal City, Texas 78839
(830) 374-5854
or
1080 Crown Ridge Boulevard, Suite 5
Eagle Pass, Texas 78852
(830) 758-0210

This list includes, but is not limited to, the following individuals:
Yvette C. Hinojosa, C.O.R.

- 19 -

Gaston Zylberg, M.D.
Rosa Martinez
Elsa Chavez
Amanda Del Toro
Gabriela Galvan, E.I.S.
Sylvia Martinez, S.L.P.
Angie
Royanne Greenwood, Dietitian
Maggie Garza
Kirby Fowler, P.T.
Cherie Hanson, S.L.P.
Diana Galindo
Maribel
Angelica Mendez Pined, L.V.N.
Sharon Clorert
Gonzalez, M.D.
Jesse B. Herrera
Patel, M.D.
Victoria Trevino, S.L.P.
Lym Montez, S.L.P.
Betty Carrillo

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Oscar Cano, M.D.
301 West Expressway 83
McAllen, TX 78503
(956) 467-9552

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Driscoll Health Plan
615 North Upper Broadway, Suite 1621
Corpus Christi, Texas 78401
(877) 324-5437

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Jaime Echartea-Gonzalez, M.D.
333 North Santa Rosa Street
San Antonio, Texas 78207
(210) 704-4708

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Robert C. Fountila, M.D.
301 West Expressway 83
McAllen, Texas 78503
(956) 632-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Theodore B. Gupton, M.D.
1500 South Main Street
Fort Worth, Texas 76104
(817) 702-3431

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Brenda Hnatow-Paris, M.D.
333 N Foster Maldonado Boulevard
Eagle Pass, Texas 78852
(830) 773-5321

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Kristina Kypuros, M.D.
7700 Floyd Curl Drive
San Antonio, Texas 78229
(800) 277-7428

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Laredo Professional
404 East Hillside
Laredo, Texas 78041
(956) 722-5269

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Pablo Lorenzo, M.D.
10700 McPherson Road
Laredo, Texas 78045
(888) 890-3181

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Curtis D. Maynard, M.D.
3415 North 23rd Street
McAllen, Texas 78501
(956) 682-8200

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Timothy P. McEvoy, M.D.
4502 Medical Drive, Elevator B 3rd Floor
San Antonio, Texas 78229
(210) 358-0500

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Jonathan D. Meyer, M.D.
Endocrinology
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-400

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Ian Mitchell, M.D.
San Antonio Pediatric Surgery Associates
4499 Medical Drive, Suite 347
San Antonio, Texas 78229
(210) 615-8757

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Pediatric Gastroenterology Clinic
Robert B. Green Campus
903 West Martin Street
San Antonio, Texas 78207
(210) 358-5437

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Abraham Rafie, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-5600

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Remnant Home Health
1858 Main Street
Eagle Pass, Texas 78852
(830) 757-5444

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Frank W. Sabatelli, M.D.
4445 Magnolia Avenue
Riverside, California 92501
(951) 788-3400

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Patrick J. Schaner, M.D.
18707 Hardy Oak Boulevard, Suite 445
San Antonio, Texas 78258
(210) 233-9044

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Michael Schultz, M.D.
Coggin Avenue, Suite B
Brownwood, Texas 76801
(325) 643-1526

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
South Texas Monitoring System
1305 East Nolana Avenue, Suite H
McAllen, Texas 78504
(956) 618-4900

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Superior Health Plan
2100 South IH 35, Suite 202
Austin, Texas 78704
(512) 416-3700

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Michelle L. Tejada, Aud.
4647 Medical Drive, Sublevel 1
San Antonio, Texas 78229
(210) 358-4583

Any and all agents, servants, representatives, and/or employees and the Custodian of Records of:
Texas Department of State Health Services
P.O. Box 149347
Austin, Texas 78714
(888) 963-7111

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
United Medical Centers
2525 North Veterans Boulevard
Eagle Pass, Texas 78852
(830) 773-5358

This list includes, but is not limited to, the following individuals:

Alma R. Martinez, C.O.R.

Olga Negrete, C.O.R.

A. Aguilar

L. Salinas

Gaston I. Zylberg, M.D.

Ana R. Chong, P.A.C.

Kristina Kypuros, M.D.

Iveth M. De Los Santos, C.M.A.

Jorge Perales, N.R.

Alejandra De La

Zasha Velez, M.A.

Glenda Garcia

Melissa Fuentes, L.V.N.

Yara Romo, L.V.N.

Mreya Munoz, L.V.N.

Marcela Aguirre, B.S.

Hilda Flores, L.V.N.

Dorthy Montejano

Letisia A. Salinas

Irma Garcia, C.Ph.T.

Poonam Vallabhbhai, D.D.S.

Chapin Nathaniel Smith

Mayra Chavarria

William D. Biediger, M.D.

Ian Mitchell, M.D.

Filomena R. Villa, M.D.

Michelle L. Tejada, Au.D.

Elizabeth R. Roeder, M.D.

Jaime Echartea, M.D.

Kelly B., L.V.N.

C. Young, M.D.

Timothy P. McEvoy, M.D.

Graciela Carrizalez, R.N.

Corine Garcia, R.N.

Michelle Gonzalez, P.T.

Aryanna Longoria

Candie Gutierrez

Hector Ramos

Rochel

Celine

- 25 -

Eliseo Lozano
Silva, M.D.
Maribel Araiza, L.V.N.
Rosa Almaguer, R.N.
Diana, R.N.
Cathryn Fernandez, S.L.P.
Barbara
Rosaura Ortiz
Mari Munoz
Gabriela Galvan
Rose Martinez
Dorothy
Olga H. Haug, R.N.
Jonathan D. Meyer, M.D.
Romanus O. Nwanna, M.D.
M. Martinez
M. De Leon
R. Garcia
M. Ramos
G. Lopez
M. Sanchez
E. Uribe
C. Castillo

Any and all physicians, agents, servants, representatives, nurses, and/or
employees and the Custodian of Records of:
University Hospital
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all agents, servants, representatives, and/or employees and the
Custodian of Records of:
University of San Antonio
1 UTSA Circle
San Antonio, Texas 78249
(210) 458-4011

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Charles Valadez, M.D.
10700 McPherson Road
Laredo, Texas 78045
(512) 264-2278

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Filomena Villa, M.D.
Pulmonology
Robert B. Green Campus
903 West Martin Street
San Antonio, Texas 78207
(210) 358-5437

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
James Gregory Vretis, D.O.
120 East Harris Avenue
San Angelo, Texas 76903
(915) 653-6741

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Gaston I. Zylberg, M.D.
2525 North Veterans Boulevard
Eagle Pass, Texas 78852
(830) 773-8917

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Children's Hospital of San Antonio
333 North Santa Rosa Street
San Antonio, Texas 78207
(210) 704-4708

This list includes, but is not limited to, the following individuals:

*Admission 6/11/14*
Elizabeth R. Roeder, M.D.
Gaston I. Zylberg, M.D.

Any and all agents, servants, representatives, and/or employees and the Custodian of Records of:
Medicaid TX
P.O. Box 200555
Austin, Texas 78720
(800) 925-9126

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Elizabeth R. Roeder, M.D.
333 North Santa Rosa Street, Room F 1663
San Antonio, Texas 78207
(210) 704-4100

This list includes, but is not limited to, the following individuals:
Natasha Marable, C.O.R.
Gaston I. Zylberg, M.D.

Any and all agents, servants, representatives, and/or employees and the Custodian of Records of:
Superior Star KM, Insurance
P.O. Box 3003
Farmington, Missouri 63640
(877) 391-5921

- 28 -

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Austin R. Baltensperger, M.D.
3551 Roger Brooke Drive
Jbsa Ft Sam Houston, Texas 78234
(210) 916-9928

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Cynthia L. Blanco, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-5225

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
David M. Bush, M.D.
1901 Babcock Road, Suite 301
San Antonio, Texas 78229
(210) 341-7722

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Gunnar C. Clark, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Ashley Schriewer Cooley, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Christopher Curzon, M.D.
1901 Babcock Road, Suite 301
San Antonio, Texas 78229
(210) 341-7722

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Veronica R. Del Greco, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 562-5325

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
John J. Doski, M.D.
4499 Medical Drive, Suite 311
San Antonio, Texas 78229
(210) 615-8757

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Chad R. Douglas, D.O.
3551 Roger Brooke Drive
Fort Sam Houston, Texas 78234
(210) 916-9928

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Stephanie N. Eighmy, D.O.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Julie M. Fisher, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
John French, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2015

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Kelly A. Gardner, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Alice K. Gong, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-5225

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Jesus R. Guajardo, M.D.
333 North Santa Rosa Street
San Antonio, Texas 78207
(210) 704-4504

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Anjali Gupta, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Duncan A. Hansing, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-4291

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Salf F. Hassan, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Diane I. Havalda, D.O.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Abby P. Hendricks, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 562-5325

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
John V. Hirsch, M.D.
4242 Medical Drive, Suite 3100
San Antonio, Texas 78229
(210) 615-1187

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Travis L. Holloway, M.D.
4502 Medical Drive
San Antonio, TX 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Joseph N. Kidd, M.D.
4499 Medical Drive, Suite 347
San Antonio, Texas 78229
(210) 615-8757

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Kevin M. King, M.D.
7703 Floyd Curl Drive
San Antonio, Texas 78229
(210) 567-7000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Lindsey J. Koele, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Sharon Lawson, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Linda D. Leary, M.D.
8300 Floyd Curl Drive, Suite 4a
San Antonio, Texas 78229
(210) 450-9700

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Aaron M. Lewis, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Lisa J. Lunsford, M.D.
903 West Martin Street, Floor 1
San Antonio, Texas 78207
(210) 358-5437

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Rachel Maldonado, M.D.
4502 Medical Drive
San Antonio, TX 78229
(210) 567-4506

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Falon A. Martinez-Perrin, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Dawn D. McDaniel, M.D.
4502 Medical Drive, Floor 5th
San Antonio, Texas 78229
(210) 562-5325

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Lisa L. McGill-Vargas, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-1593

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Ashley E. McGinity, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Christopher R. McNeil, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Sara F. McWilliams, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-4506

- 34 -

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Spencer K. Miller, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Robert A. Mora, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2078

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Alvaro G. Moreira, M.D.
301 University Boulevard, Suite 6120
Galveston, Texas 77555
(409) 747-4928

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Miriam B. Morrell, D.O.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Andrew E. Muck, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Audrey R. Nath, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Michael W. Odom, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-5225

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Andrew J. Ormond, M.D.
3551 Roger Brooke Drive
Jbsa Ft Sam Houston, Texas 78234
(210) 916-9928

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Jennifer Palarczyk, D.O.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Paige L. Parker, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Alejandra Pena, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Melody V. Perez, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Jean A. Petershack, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-5225

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Amy R. Quinn, M.D.
7703 Floyd Curl Drive
San Antonio, Texas 78229
(210) 562-5325

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Najma A. Rinard, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
James Rogers, M.D.
1901 Babcock Road, Suite 301
San Antonio, Texas 78229
(210) 341-7722

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Riley P. Scott, M.D.
7703 Floyd Curl Drive
San Antonio, Texas 78229
(210) 567-1875

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Steve Richard Seidner, M.D.
7703 Floyd Curl Drive
San Antonio, Texas 78229
(210) 567-5229

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Courtney M. Shockley, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Mason S. Singleton, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-4506

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Rony T. Skaria. M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Jacob B. Statler, D.O.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Todd E. Stewart, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Richard F. Stribley, M.D.
7703 Floyd Curl Drive
San Antonio, Texas 78229
(210) 257-1400

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Yolanda E. Tecanhuey, M.D.
4242 Medical Drive, Suite 3100
San Antonio, Texas 78229
(210) 615-1187

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
University Health System
4502 Medical Drive, MS 26-2
San Antonio, Texas 78229
(210) 358-2250
and/or
4647 Medical Drive
San Antonio, Texas 78229
(210) 358-4583

This list includes, but is not limited to, the following individuals:
William D. Hancock, C.O.R.
Awaola Banigo, C.O.R.
Kristina Kypuros, M.D.
Celine N. Castro, R.N.
Sharon B. Kluger, R.N.
Gaston I. Zilver, M.D.
Ana C. Medellin, O.P.C.S.R.
Irma J. Martinez, M.A.
Maria Montelongo
Melissa, L.V.N.
Tiffany Rodriguez, M.A.
Jaime Echartea-Gonzalez, M.D.
Maria A. Diaz, O.P.C.S.R.
Kylie R. Litman, Dietitian
Jerome C. Evans, Au.D.
Madalyn Rash, Au.D.

*Admission 11/3/15*
Jesus R. Guajardo, M.D.
Riley P. Scott
Annette L. Rouine, O.P.C.S.R.
Huge D. White

Viviana Gaona, O.P.C.S.R.
Priscilla A. Garcia, M.A.
Angie
Luis Torres-Lugo, O.P.C.S.R.
Kylie R. Litman, Dietitian
Sharon Kluger, R.N.
Mitzi Sandoval, M.A.
Cristina Espinoza, R.N.
Gaston I. Zylburg, M.D.
Raquel A. Gonzalez, O.P.C.S.R.
Erica L. Rodriguez, M.A.
Celine N. Castro, R.N.
Theresa P. Gonzalez, U.C.
Kylie R. Litman, Dietitian
Jeremiah Ramon, O.P.C.S.R.
Kelley Marie Leal, R.N.
Cynthia Flores, O.P.C.S.R.

_Admission 6/18/15_
Filomena R. Villa, M.D.
Lisa J. Lunsford, M.D.
Kathy E. Cepeda
Lorraine Bonilla, R.N.
Shawn K. Velez
Kylie R. Litman, Dietitian
Cristina Espinoza, R.N.
Sharon Kluger, R.N.
Mitzi Sandoval, M.A.
Roxana Alvarez-Florencio, O.P.C.S.R.
Angie
Cynthia Flores, O.P.C.S.R.
Kelley Marie Leal, R.N.
Susan M. Gordon, R.N.
Raquel A. Gonzalez
Priscilla A. Garcia
Irma J. Martinez, M.A.
Gloria H. Ramirez, O.P.C.S.R.
Martha Zavala, O.P.C.S.R.
Zulma Y. Ortega, O.P.C.S.R.
Manuel Tellez, O.P.C.S.R.
Marison Rodriguez, P.C.P.

- 40 -

Laura K. Perry, S.L.P.
Ana C. Medellin
Marissa Perez, S.P.

*Admission 4/19/15*
Filomena R. Villa, M.D.
Roxana Alvarez-Florencio, O.P.C.S.R.
Priscilla A. Garcia, M.A.
Kylie R. Litman, Dietitian

*Admission 12/7/14*
Christopher R. McNeil, M.D.
Todd E. Stewart, M.D.
Elizabeth Hernandez
Maggie K. Murph, R.N.
Carlos S. Restrepo
Robert J. Parker, P.C.C.
Sharon B. Kluger
Filomena R. Villa, M.D.
Gaston I. Zylberg, M.D.
Mitzi Sandoval, M.A.

*Admission 11/13/14*
Sharon B. Kluger
Celine Castro, R.N.
Irma J. Martinez, M.A.
Gloria H. Ramirez, O.P.C.S.R.
Irma J. Martinez, M.A.
Ana C. Medellin, O.P.C.S.R.
Kylie R. Litman, Dietitian
Mitzi Sandoval, M.A.
Marissa Perez, S.P.
Laura K. Perry, S.L.P.

*Admission 10/28/14*
Filomena R. Villa, M.D.
Maria A. Diaz, O.P.C.S.R.
Erica L. Rodriguez, M.A.
Hector Ramos
Elvira
Jerome C. Evans, AuD.

_Admission 9/3/14_
Filomena R. Villa, M.D.
Riley P. Scott
Hugh D. White, M.D.
Giri Sura
Maria D. Diaz, O.P.C.S.R.
Sharon B. Kluger
Mitzi Sandoval, M.A.
Tiffany Rodriguez, M.A.
Kylie R. Litman, Dietitian
Gaston I. Zylberg, M.D.
Madalyn Rash, AuD.
Laura K. Perry, S.L.P.
Genevieve A. Pena, O.P.C.S.R.
Corine Garcia
John Aleman, O.P.C.S.R.
Cristina Espinoza, R.N.
Denise A. Flores, L.M.S.W.
Angie
Martha Zavala, O.P.C.S.R.
Zulma Y. Ortega, O.P.C.S.R.
Celine N. Castro, R.N.
Juan J. Hernandez, O.P.C.S.R.
Delfina Ramirez, O.P.C.S.R.
Kedar N. Chintapalli
Andrea N. Placzek
Raquel A. Gonzalez, O.P.C.S.R.

_Admission 6/23/14_
Jaime Echartea-Gonzalez, M.D.
Kedar N. Chintapalli
Andrea N. Placzek
Susan M. Gordon, R.N.
Sharon B. Kluger
Yolanda Cantu, S.P.
Gaston I. Zylberg, M.D.
Maria A. Diaz, O.P.C.S.R.
Kylie R. Litman, Dietitian
Tiffany Rodriguez, M.A.
Mitzi Sandoval, M.A.
Filomena R. Villa, M.D.

_Admission 5/7/14_
Filomena R. Villa, M.D.
Henry Montez
Anjali Gupta, M.D.
Ian C. Mitchell, M.D.
Ana C. Medellin, O.P.C.S.R.
Erica L. Rodriguez, M.A.
Ted W. Fehl, R.N.
Sharon B. Kluger
Maribel Araiza, L.V.N.
Celine N. Castro, R.N.
Fany Zavala, O.P.C.S.R.
Cristina Espinoza, R.N.
Claribel Quinones, O.P.C.S.R.
Kylie Litman, Dietitian
John Aleman, O.P.C.S.R.
Angie
Martha Zavala, O.P.C.S.R.
John Aleman, O.P.C.S.R.
Tiffany Rodriguez, M.A.
Maria A. Diaz, O.P.C.S.R.
Echartea, M.D.
Josefina C. Garcia, O.P.C.S.R.
Celine N. Castro, R.N.
Jeremiah Ramon, O.P.C.S.R.
Wendy M. Rodriguez, O.P.C.S.R.
Melissa Enriquez, O.P.C.S.R.
Gaston I. Zylberg, M.D.
Priscilla A. Garcia, M.A.

_Admission 3/21/14_
Kevin M. King, M.D.
William D. Moris
Robert A. Mora, M.D.
Kenneth T. Galfo, P.A.
Riley P. Scott, M.D.
Virgie E. Guardapavo, R.N.
Danielle R. Johnson, R.N.
Joel Hagad
Candelario Luna, R.N.
Silva, M.D.

Jaime Echartea-Gonzalez, M.D.
Kylie R. Litman, Dietitian
Ana C. Medellin, O.P.C.S.R.
Tiffany Rodriguez, M.A.
Mitzi Sandoval, M.A.
Gaston I. Zylberg, M.D.
William D. Biediger, M.D.
Yolanda Cantu, S.P.
Kelley Marie Leal, R.N.

*Admission 2/9/14*
Andrew E. Muck, M.D.
Duncan A. Hansing, M.D.
Lisa Rupp
Aaron M. Lewis, M.D.
Hugh D. White, M.D.
Ian C. Mitchell, M.D.
Gwendolyn E. Dennis
Pamela J. Nielsen, R.N.
Jessica Wasko, U.A.P.
Shawn Frame, R.N.
Filomena R. Villa, M.D.
Yolanda Cantu, S.P.
Maria A. Diaz, O.P.C.S.R.
Erica L. Rodriguez, M.A.
Kelley Marie Leal, R.N.

*Admission 1/10/14*
Filomena R. Villa, M.D.
Gwendolyn E. Dennis
Hold, S.T.
Erica L. Rodriguez, M.A.
Denise A. Flores, L.M.S.W.
Holly
Maribel Ariaza, L.V.N.
Josefina C. Garcia, O.P.C.S.R.
Ted W. Fehi, R.N.

_Admission 8/31/13_
Margarita M. Vasquez, M.D.
Gwendolyn E. Dennis
Stephanie N. Eighmy, D.O.
Elnora M. Cokley, R.N.
Melody V. Perez, M.D.
Alice K. Gong, M.D.
Jonathon Barrera, R.N.
Laura A. Perez, R.N.
Melissa L. Wilcox, M.D.
Amy R. Quinn, M.D.
Brooke H. Cody, P.T.
Lisa L. McGill-Vargas, M.D.
C. Blanco, R.N.
M. Livingston, R.R.T.
Alvaro G. Moreira, M.D.
M. Guerrero, M.D.
Timothy P. McEvoy, M.D.
Jennifer Palarczyk, D.O.
Czarina N. Lagon, B.S.N., R.N.
Courtney M. Shockley, M.D.
R. Taylor, M.D.
Gisela Ramirez, R.N.
Carissa Weth, R.N.
Travis L. Holloway, M.D.
John J. Doski, M.D.
Deonna N. Carlson, R.N.
Austin R. Baltensperger, M.D.
Elizabeth Roeder, M.D.
Karen Brown, N.N.P.
Filomena R. Villa, M.D.
Maxine R. Spain, S.P.
Andrew J. Ormond, M.D.
Lauren A. Clemmer, B.S.N., R.N.
Melissa Wright-Patterson, S.P.
Michael W. Odom, M.D.
Mary Sue King, P.T.
Ryan D. Van Ramshorst, M.D.
Falon A. Martinez-Perrin, M.D.
Susan E. Lawrence, L.V.N.
Christine A. Fisher, R.N.

Ian C. Mitchell, M.D.
Michelle L. Tejeda, AuD.
Najma A. Rinard, M.D.
Jean A. Petershack, M.D.
Lauren K. Wood, M.D.
Olga H. Haug, R.N.
Rosalva Washington, L.M.S.W.
Ashley Schriewer Cooley, M.D.
Paige B. Dailey, O.T.
Lesley K. Allen, U.A.P.
Mackenzie K. Melde, R.N.
Veronica R. Del Greco, M.D.
Adam J. Rossano, M.S.
Diane I. Havalda, D.O.
Yolanda E. Tecanhuey, M.D.
Erika E. Hernandez, U.C.
Melissa Miller, B.S.N., R.N.
Ashley E. McGinity, M.D.
Meredith Mobley, R.N.
Kelly A. Gardner, M.D.
Julie M. Fisher, M.D.
MayJoy N. Umaning-Paragas, R.N.
Jaime L. Boyd, N.N.P.
Joey A. Rose, R.T.
Isabel D. ValVerde, R.N.
Brandy J. Palacios, R.N.
Ana J. Rangel
Cynthia L. Blanco, M.D.
Juli Beard, B.S.N., R.N.
Erica Cisneros, R.N.
Brittany Friesenhahn, R.N.
Sara A. Moreno, R.N.
Marissa Sanchez, R.N.
Rachel Maldonado, M.D.
Gaston Zylberg, M.D.
Chad R. Douglas, D.O.
Spencer K. Miller, M.D.
Richard F. Stribley, M.D.
Michele D. Herman, R.T.
Abby P. Hendricks, M.D.
Rachel L. Jacob, Dietitian

Steve Richard Seidner, M.D.
Gibson, M.D.
Heather Sollohub, R.N.
Salf F. Hassan, M.D.
Jean A. Petershack, M.D.
Stephanie J. Gomez, M.S.W.
Jonathan D. Meyer, M.D.
Yvette P. Navarro, P.N.
Fernando Zaragoza, M.D.
Catherine Pintac
Jacob B. Statler, D.O.
John French, M.D.
Mina Ulpino, R.N.
Lindsey J. Koele, M.D.
Meredith N. Flores
Audrey R. Nath, M.D.
Annamma Abraham, R.N.
Lauren M. Lyons
Annabelle Pavo, B.S.N., R.N.
Latrice Lee
Amy W. Flores
Sara A. Senning, R.N.
Stephanie N. Eighmy, D.O.
Melody V. Perez, M.D.
Kathleen Wessels, R.N.
Pamela A. Mcnitzky
Aye M. Moe
Carlos J. Montano, R.T.
Jason E. Bowling
Christina Ferris, R.N.
Erica C. Silva
Diana L. Strange, R.N.
Christina H. Jerrytons, R.N.
Gunnar C. Clark, M.D.
Zina Daniel
Rachael C. Farner, R.N.
Tiffany M. King, R.N.
John D. Rose, R.R.T.
Veronica R. Rettig, N.P.
Tiffany L. Molina
Suzanna M. Feliciano, R.N.

Dawn D. McDaniel, M.D.

Judith N. Evans, R.N.

Susan O. Falkiewicz, R.N.

Rosalinda Cline, R.N.

Rosalinda C. Heemer, R.N.

Cynthia A. De La Cruz, R.N.

Garry Ocampo

Alissa K. Love, R.N.

Miranda Vela, R.N.

Miranda E. Madola

Paige L. Parker, M.D.

Garalyn M. Many

Jeanette Rodriguez, R.N.

Antonia V. Tejeda

Najma Rinard

Kristin S. Navarro, R.N.

Maria Y. Medina, N.N.P.

Sara F. McWilliams, M.D.

Mary Jane D. De La Cruz

Lorraine M. Raley, R.N.

Neha Firoze

Misty Godin, C.R.T.

Adam Puente

Alice Gong

Sartaj M. Kadiwala

Rebecca S. Yancey, R.N.

Robert B. Trimble

Rae C. Taylor-Childress

Miriam B. Morrell, D.O.

Rony T. Skaria. M.D.

Elba Chapa, B.S.N., R.N.

Mary Wingo, R.N.

Lisette N. Gonzalez, R.N.

Sara C. Baker

Sosamma Paulose, R.N.

Andrea C. Auyon, R.N.

Erica A. Jones, R.N.

Carmen C. Rivas, R.N.

Josie Gulley, R.N.

Keri L. Jennings, R.N.

Valerie K. Salinas, R.N.

Melissa A. Gamez, R.N.
Jennifer L. Nanca
Dawna G. Boudreaux, B.S.N., R.N.
Krianda D. Gibbons
Kathryn Senneff, R.N.
Rocio A. Carrizales, R.T.
Gina M. Sanchez-Delgado
Celia Flores
Robin A. Coleman
Maricel Martinez-Pieretti
Emma G. Silva, R.T.
Craig D. Graves
Margaret A. Hardin
Mandy Livingston
Heather A. Moreno, R.N.
Elsa M. Roldan, R.N.
Seema Thomas, R.N.
Wendi B. Curtis
Ginger N. Gonzalez, R.T.
Andy Rodriguez
Leslie M. Gonzalez
Timothy G. Beach
Carmen McHenry, R.N.
Eric J. Larson
Jenna L. Robinson
Juan E. Gongora
Kafayat Adesanya
Sahar Heydari
Erin Atkinson, R.N.
Martha N. Whitworth, R.N.
Megan M. Wappes, R.N.
Julie Krupezak, R.N.
Nancy S. Rolloque, R.N.
S. Feli
L. Naverete, R.N.
F. Chan, R.N.
Nadia L. Lackey, R.N.
J. Noronha, R.N.
Ancy K. Kuruvilla, R.N.
Olga G. Giddens, R.N.
VaRie Y. Saunders, R.N.

Sandra G. DeBusk, R.N.
M. Maldonado, R.N.
Joycelyn Desarno, R.N.
J.R. Tapia, R.N.
Kara Swarbrick, Sonographer
John V. Hirsch, M.D.
Mason S. Singleton, M.D.
Linda D. Leary, M.D.
Yvonne Lozano, Sonographer
Annabelle D. Garcia, R.N.
Laura Gutierrez, O.T.
Aaron M. Lewis, D.O.
Joseph N. Kidd, M.D.
Alejandra Pena, M.D.
Annette Jonatchick, R.N.
Sharon Lawson, M.D.
Mico Soriano, R.N.
Riley P. Scott
Abdul Zafar
Hugh D. White
Michael Walters
Achint K. Singh
Deborah Stedman
Rachel Yurcheshen
Christopher Curzon, M.D.
David M. Bush, M.D.
Steve Neish
James Rogers, M.D.

Any and all physicians, agents, servants, representatives, nurses, and/or
employees and the Custodian of Records of:
Ryan D. Van Ramshorst, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Margarita M. Vasquez, M.D.
7703 Floyd Curl Drive
San Antonio, Texas 78229
(210) 567-5108

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Hugh D. White, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-8532

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Melissa L. Wilcox, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 567-4506

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Lauren K. Wood, M.D.
4502 Medical Drive
San Antonio, Texas 78229
(210) 358-4000

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Fernando Zaragoza, M.D.
4242 Medical Drive, Suite 3100
San Antonio, Texas 78229
(210) 615-1187

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
San Antonio Air Life - University Health System
7500 Highway 90 West, AT&T Building, Suite 220
San Antonio, Texas 78227
(210) 862-3509
OR
P.O. Box 2096
San Antonio, Texas 7829
(210) 862-3509

This list includes, but is not limited to, the following individuals:
Edna Rodriguez, C.O.R.
Maria
Gaston Zylberg, M.D.
Alvaro Moreira, M.D.
Karla Negron, R.N., L.P.
Calvin Tyner, Pilot
Nadia Lackey
Joey Rose
Craig Manifold, D.O.

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
UT Medicine
4647 Medical Drive
San Antonio, Texas 78229
(210) 358-2250

This list includes, but is not limited to, the following individuals:
Sylvia A. Hernandez, C.O.R.
Riley P. Scott
Hugh D. White
Deborah Stedman
Achint K. Singh
Filomena Hazel Villa
Christopher L. Curzon
David M. Bush
Timothy P. McEvoy
Steven Neish
James H. Rogers, Jr.

- 52 -

Jaime Echartea Gonzalez
Sharon B. Kluger
Robert A. Mora
Kedar Chintapalli
Carlos S. Restrepo
Christopher Ryan McNeil
Jesus Ramon Guajardo
Donna B. Willey-Courand
Julia L. Humphrey
Daniel Lamus
Allen C. Whitford

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Juan Arturo Morales Aguirre, M.D.
Terán 401 Ote. Colonia Centro
Piedras Negras, Coahuila
0-1-878-782-1751

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
Walgreens Corporate Office
1901 East Voorhees, MS 735
Danville, Illinois 61834
(217) 554-8900

This list includes, but is not limited to, the following individuals:
Jill Bosch, C.O.R.
Gaston Zylberg, M.D.
Christopher Gelabert, M.D.
S. Kluger, M.D.
K. Galfo, M.D.

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
University Health System
4502 Medical Drive, MS 26-2
San Antonio, Texas 78229
(210) 358-2250

This list includes, but is not limited to, the following individuals:
Awoala Banigo, C.O.R.

Any and all physicians, agents, servants, representatives, nurses, and/or employees and the Custodian of Records of:
HEB Pharmacy - Privacy Office
3503 Fredericksburg Road, Suite B
San Antonio, Texas 78201
or
2135 East Main
Eagle Pass, Texas 78852
(866) 432-4318

This list includes, but is not limited to, the following individuals:
Tanya Hernandez, C.O.R.
Gaston Zylberg, M.D.
James Vretis
Filomena Villa
Jaime Echartea-Gonzalez
Ana Chong
Naveen Mittal
Sharon Kluger
Kerry Lockett
Faz J. Reyes
Eliezar Hernandez, M.D.
Melin Grijalva

Ryan Krebs, M.D., J.D.
LAW OFFICE OF RYAN KREBS, M.D., J.D.
805 W. 10th Street, Suite 300
Austin, Texas 78701
(512) 478-2072
FAX: (512) 494-0420
Email: ryan@ryankrebsmdjs.com
ATTORNEY FOR PLAINTIFFS

Byron Miller
Michael Maloney
Erica O. Maloney
MALONEY LAW GROUP, PLLC
918 South Alamo
San Antonio, Texas 78205
(210) 228-0400
FAX: (210) 758-5908
Emails:   byron@maloneylawgroup.com,   mikem@maloneylawgroup.com,   and
ericam@maloneylawgroup.com
ATTORNEYS FOR PLAINTIFFS

Gavin McInnis
MARYNELL MALONEY LAW GROUP, PLLC
918 South Alamo Street
San Antonio, Texas 78205
(210) 212-8000
FAX: (210) 212-8385
Email: gavin@marynellmaloneylawgroup.com
ATTORNEY FOR PLAINTIFFS

Richard F. Gutierrez
RICHARD F. GUTIERREZ
113 E. Losoya St.
Del Rio, Texas 78840
FAX: (830) 774-5593
Email: rfgrfg@yahoo.com
CO-COUNSEL FOR PLAINTIFFS

Richard L. Durbin, Jr.
Clayton R. Diedrichs
Colorado State Bar No. 16833
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7310
FAX: (210) 384-7312
Emails: clayton.diedrichs@usdoj.gov and mireille.ferdinandhercule@usdoj.gov

ATTORNEYS FOR DEFENDANT,
USA

LYNN RADA
LOTZ & ASSOCIATES, P.C.
1210 Nacogdoches
San Antonio, Texas 78209
(210) 212-4100
FAX: (210) 212-5700
Email: lrada@lotzandassociates.com

ATTORNEYS FOR DEFENDANT,
MERLINA LAZAGA, R.N.

Steven M. Gonzalez
Gerald E. Castillo
GONZALEZ CASTILLO, LLP
1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115
FAX: (956) 618-0445
Email: law@valleyfirm.com
ATTORNEY FOR DEFENDANT,
FORT DUNCAN MEDICAL CENTER, L.P. D/B/A FORT DUNCAN REGIONAL MEDICAL
CENTERS

Defendant reserves the right to supplement and/or amend this designation pursuant to
the Federal Rules of Civil Procedure, Court order and/or by agreement of the parties.

- 56 -